Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, Arizona 85254
Telephone (202) 257-3720
E-mail: ken@motosalaslaw.com

Jay Johnson (*Pro Hac Vice* To Be Forthcoming)
Kizzia Johnson PLLC
1910 Pacific Ave., Ste. 13000
Dallas, TX 75201
Telephone (214) 451-0164
E-mail: jay@kjpllc.com

*Attorneys for Plaintiff Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Digital Verification Systems, LLC, § § § | |
| Plaintiff, § § | Case No: 2:21-cv-00919-DWL |
| § § | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| v. § § | |
| Zava Global Partners LLC d/b/a BLUEINK, § § § | |
| Defendant. § | |
| _____ | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Digital Verification Systems, LLC, and Defendant Zava Global Partners, LLC d/b/a Blueink, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.  All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.  Each party shall bear its own costs and attorneys' fees with respect to the matters

dismissed hereby.

A proposed form of Order is being filed concurrently herewith.

Dated: June 21, 2021

Respectfully submitted,

*/s/ Kenneth M. Motolenich-Salas*
Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, Arizona 85254
Telephone (202) 257-3720
E-mail: ken@motosalaslaw.com

Jay Johnson (*Pro Hac Vice* To Be Forthcoming)
Kizzia Johnson PLLC
1910 Pacific Ave., Ste. 13000
Dallas, TX 75201
Telephone (214) 451-0164
E-mail: jay@kjpllc.com

*Attorneys for Plaintiff Digital Verification Systems, LLC*

**FISH & RICHARDSON P.C.**

By: *Neil J. McNabnay with permission*
Neil J. McNabnay *pro hac vice*
mcnabnay@fr.com
Texas Bar No. 24002583
Ricardo J. Bonilla *pro hac vice*
rbonilla@fr.com
Texas Bar No. 24082704
Collin J. Marshall *pro hac vice*
cmarshall@fr.com
Texas Bar No. 24109509
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

*Attorneys for Defendant Zava Global Partners, LLC d/b/a Blueink*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Kenneth M. Motolenich-Salas*
Kenneth M. Motolenich-Salas (Bar No. 027499)